# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BROCK SHANK, individually and on behalf of a class of all persons and entities similarly situated, | : Case No. 3:19-cv-136 <br> : <br> : Judge Rice |
| Plaintiff, | |
| vs. | |
| GIVESURANCE INSURANCE SERVICES, INC., et al., | |
| Defendants, | |
| vs. | |
| INFORMA MEDIA, INC. | |
| Third-Party Defendant. | |

## ORDER GRANTING PLAINTIFF BROCK SHANK'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Upon the application of Plaintiff Brock Shank, unopposed by Defendants Progressive Casualty Insurance Company and Progressive West Insurance Company, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's deadline for filing a memorandum in opposition to Defendants Progressive Casualty Insurance Company's and Progressive West Insurance Company's Motion for Judgment on the Pleadings or, in the Alternative, Motion to Stay (Doc. 25) is hereby extended up to and including April 28, 2020.

IT IS SO ORDERED.

/s/ Walter H. Rice (tp - per Judge Rice authorization)
UNITED STATES DISTRICT JUDGE