IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **BROCK SHANK** | : CASE NO. 3:19cv136 |
| **Plaintiff,** | : JUDGE WALTER H. RICE |
| v. | : |
| **GIVESURANCE INSURANCE SERVICES, INC., et al.** | : |
| | : |
| **Defendants.** | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Judge Rice has an ownership interest in The Progressive Corp. He will, on April 11, reactivate this matter and recuse himself.